IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 3:14-CR-367-B |
| GEORGE PASS, ET AL. | |

MOTION TO DESIGNATE CASE AS
COMPLEX AND TO CONTINUE TRIAL DATE

The United States respectfully requests that the Court designate the above encaptioned case as complex, as to all defendants, and continue the trial dates and other dates associated with discovery as to all defendants. The United States believes that the requested continuance is in the interests of justice, would promote judicial economy, and that neither the defendants nor the government would be harmed by the granting of a continuance.

The Grand Jury returned the superseding Indictment on October 8, 2014. (*See* Dkt. No. 15.) A single defendant, Rhonda Long, appeared for her initial appearance on October 10, 2014, and was arraigned on October 16, 2014. (*See* Dkt. Nos. 19 and 28.) Beginning on September 16, 2014 and continuing until as recently as November 13, 2014, the majority of defendants appeared for their initial appearances and arraignments.

Of the thirty-three individuals listed in the Superseding Indictment, twenty-eight have appeared and have been arraigned. Three defendants – Michael Bass, aka "Sleepy," Kenneth Etter, and Christy McCellon, aka "90," – are currently in state custody – and have not yet appeared on issued writs. A fourth defendant, Aaron Reyes, aka "Mike,"

remains a fugitive. A fifth defendant, Clifton Clowers, is in federal custody on another matter and is scheduled to appear next week for his initial appearance and arraignment.

The Government has provided full discovery to the vast majority of the defendants (24 of the 28) who have appeared and intends to provide discovery to the remaining four defendants who have appeared later this week. The delivery of the discovery has been hampered and slowed by technical issues related to encryption. The discovery is voluminous because of the number of defendants and the extent of video and audio discovery. The discovery that pertains to any single defendant is not overly extensive but the entirety of discovery, as applied to all thirty-three defendants is significant and complex due to its size.

Several of the defendants have already moved for continuances of the trial dates set in their individual cases (*see* Dkt. Nos. 268, 269) or have inquired to the government about a continuance. Government counsel is not aware of any defendant who would oppose a continuance at this time.

For the forgoing reasons, the government requests that the Court designate this case as complex and continue the trial dates as the Court sees appropriate.

          Respectfully submitted,

          SARAH R. SALDAÑA
          UNITED STATES ATTORNEY

          /s/ P.J. Meitl
          P.J. MEITL
          Assistant United States Attorney
          District of Columbia Bar No. 502391
          Virginia Bar No. 73215
          1100 Commerce Street, Third Floor
          Dallas, Texas 75242-1699
          Telephone: 214.659.8680
          Facsimile: 214.659.8812
          Email: philip.meitl@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 19, 2014, I electronically filed the foregoing document with the Clerk of Court for the United States District Court, Northern District of Texas, using the electronic case filing system of the Court. The electronic case filing system will send a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

          /s P.J. Meitl
          P.J. MEITL